## LEACH v. STATE.

### No. 26892.

Court of Criminal Appeals of Texas.

March 17, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Drunk driving is the offense; the punishment, a fine of $50 and ten days in jail.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for our consideration.

The judgment is affirmed.

Opinion approved by the court.